■ PEOPLE, Respondent, v LUEVELL BALLARD, Appellant. [626 NYS2d 710] —Motion for writ of error coram nobis granted and order vacated. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, i.e., whether defendant was present during a *Sandoval* conference. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of February 4, 1994 is vacated and this Court will consider the appeal de novo *(see, People v Vasquez,* 70 NY2d 1; *People v LeFrois,* 151 AD2d 1046). Defendant is directed to file and serve his briefs with the Court on or before June 30, 1995; respondent is directed to file its briefs on or before July 31, 1995, and the appeal is to be added to the calendar for the term of Court commencing August 28, 1995. Present—Denman, P. J., Green, Lawton, Balio and Boehm, JJ.

■ PEOPLE, Respondent, v IRVIN JOHNSON, Appellant. [627 NYS2d 612] —Motion for reargument denied. Memorandum: Notwithstanding defendant's failure to file and serve timely a *pro se* supplemental brief, or to seek an extension, we have considered the issues defendant seeks to raise in a *pro se* supplemental brief and conclude that they are without merit. Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ In the Matter of WILLIAM H. McKEON, an Attorney, Resignor. [627 NYS2d 592] —Resignation accepted and name stricken from roll of attorneys. Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.